Henry Doscher et al., as Executors of Claus Doscher,
    Deceased, Respondents, *v.* Obermeyer & Liebmann,
    a Domestic Corporation, Appellant.

*Doscher v. Obermeyer & Liebmann*, 177 App. Div. 256, affirmed.
(Argued May 3, 1918; decided May 17, 1918.)

Appeal from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered March 20, 1917, affirming a judgment in favor
of plaintiffs entered upon a verdict directed by the court.
Representatives of Frank Ibert, deceased, the Frank
Ibert Brewing Company, and the defendant Obermeyer
& Liebmann entered into an agreement which as reformed
by the Supreme Court provided that the Frank Ibert
Brewing Company agreed to sell all the property of the
Frank Ibert Brewing Company to the defendant, and
the defendant agreed to and did assume payment of
various obligations of the Frank Ibert Brewing Company
and of Frank Ibert, including a mortgage for $100,000.
A part of that agreement is as follows: " *Seventh.* It is
expressly understood and agreed that as part of the
consideration for the sale to it of the property of the
Frank Ibert Brewing Company that Obermeyer & Lieb-
mann, the party of the second part, has to assume, pay
and discharge a mortgage of $100,000 mentioned and
referred to in the schedule of liabilities of the Frank
Ibert Brewing Company * * * which said mortgage

is held by the executors of Claus Doscher." Prior to the making of that agreement the representatives of Claus Doscher, deceased, brought an action against the Frank Ibert Brewing Company and others to foreclose the said mortgage. The property covered by that mortgage was sold and a deficiency judgment entered thereon, and it is to recover the amount of that deficiency judgment that this action was brought.

*Otto Horwitz* and *George H. Englehard* for appellant.
*Henry F. Cochrane* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, POUND, CRANE and ANDREWS, JJ. Not sitting: CARDOZO, J.